

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2016

No. 04-15-00706-CR

Barry Arthur **BROWN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7118A
Honorable Philip Kazen, Judge Presiding

# O R D E R

The State's motion for extension of time to file their brief is granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court